IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| COLBIE MCCLENDON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 9:20-cv-00222 |
| | § | JUDGE MICHAEL TRUNCALE |
| PHOENIX FINANCIAL SERVICES, | § | |
| LLC, AND EQUIFAX INFORMATION | § | |
| SERVICES LLC | § | |
| | § | |
| Defendants. | § | |

**ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE**

Before the Court is the Joint Stipulation of Dismissal with Prejudice as to Defendant Phoenix Financial Services, LLC. [Dkt. 14]. Plaintiff seeks a dismissal with prejudice of his claims against Defendant Phoenix Financial Services, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Plaintiff's dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that Plaintiff's claims against Defendant Phoenix Financial Services, LLC are DISMISSED WITH PREJUDICE, and that with respect to these claims only, the parties shall bear their own attorneys' fees and costs.

It is further ORDERED that this dismissal is limited as set forth above and shall have no application to Plaintiff's claims against Defendant Equifax Information Services, LLC.

**SIGNED this 5th day of March, 2021.**

Michael J. Truncale
United States District Judge