IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| COLBIE MCCLENDON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 9:20-cv-00222 |
| | § | JUDGE MICHAEL TRUNCALE |
| PHOENIX FINANCIAL SERVICES, | § | |
| LLC, AND EQUIFAX INFORMATION | § | |
| SERVICES LLC | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Before the Court is the Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services, LLC. [Dkt. 17]. Plaintiff seeks a dismissal with prejudice of his claims against Defendant Equifax Information Services, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). To the extent that the Plaintiff's dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that Plaintiff's claims against Defendant Equifax Information Services, LLC are DISMISSED WITH PREJUDICE, and the parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 11th day of March, 2021.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge